CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT  DATE: 3/6/18  TIME: ~~2:30~~ 9:31-9:46
DOCKET NUMBER: CV-17-5556

TITLE: INGRAM, BILLY v. NASSAU HEALTH CARE CORPORATION

Billy Ingram - 40 West Columbia St. Apt 510, Hempstead, NY 11550, 516-984-0264

APPEARANCES: FOR PLAINTIFF: ~~Joseph G. Dell, Esq.~~

Kristen N. Sinnott, Esq.

FOR DEFENDANT: ~~Brian J. Clark, Esq.~~

Benjamin E. Stockman, Esq.

C/R Dominick Tursi

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 06 2018 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ CONFERENCE HELD  1. Dell & Dean w/d from case. Motion granted. Ms. Sinnott to file the order on ECF today.

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER  Plaintiff given 1 final extension. No further adjournments will be granted. Plaintiff to retain new counsel or proceed pro se by 4/9/18 & respond to dft's motion to dismiss the complaint. Plaintiff is pro se until he retains new counsel & the new counsel ~~submits~~ files a Notice of Appearance. Ms. Sinnott to provide a copy of defendant's motion to dismiss to Mr. Ingram. Defendant orders the transcript.