UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BILLY INGRAM,

                         Plaintiff,

  -against-                                    **RECUSAL ORDER**
                                                     2:17-cv-05556 (ADS) (SIL)

NASSAU HEALTH CARE CORPORATION,

                         Defendant.
-----------------------------------------------------------X

**SPATT, District Judge.**

    I hereby recuse myself from the above-captioned case.

Dated: Central Islip, New York
April 11, 2018

                                                       S/Arthur D. Spatt
                                                    ARTHUR D. SPATT
                                               United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 11 2018 ★
LONG ISLAND OFFICE