## Cover letter

17CV5556 (JMA)(SIL)

Dear Judge Azrack please allow me to resubmit my corrections to my opposition to motion to dismiss. I have had eye surgery right eye. June 18, 2019 ( catract )
Surgery. I am still healing and only have 1 supporting eye. Thank you in advance. Sincercley, Billy Ingram

*Billy Ingram [signature]*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 0 1 2019  ★

LONG ISLAND OFFICE

AUG 0 1 2019

**EDNY PRO SE OFFICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 01 2019 ★

LONG ISLAND OFFICE

RECEIVED
AUG 01 2019
EDNY PRO SE OFFICE

**Subsidizing my My opposition Billy Ingram**

Judge Azrack.   July 26,2019 case No.2:17-cv-05556 (JMA)(SIL)

I would like to submit and subsidize my opposition to the motion to dismiss and request and proceed toTrial..As I am pro'formed Mr. Benjamin stockman On July 23rd 2019. By phone but didn't get any response In subsidizing my opposition.My vision has been poor and I just had catract surgery recently on June 18th 2019 in the eight eye which is my only supporting eye. My reasons for the opposition to motion to dismiss and proceed to trial .I would like to explain my case in person as I believe I have been misunderstood in my written complaints. On the basis of my termination.

. Page. 2.

I am filing a claim of workforce discrimination based on the premise that because the company was aware of your preexisting health condition, and because, even with documented satisfactory performance as a part-time employee of over a decade, the company, on several occasions, denied My application for full time employment; therefore, upon My recent designation as a full time employee, certain company stakeholders displayed documented prejudicial treatment leading to wrongful termination as determined by a court of law, and since the company's actions have led to a loss of income and emotional damages, I am requesting apt recompense.As well as my job back.and paid back retro pay as a full-time employee for the date of termination.April 13;2016
 over the phone which is illegal Please allow me to proceed to trial for a fair hearing.
Sincerely,Mr.Billy Ingram



## LONG ISLAND / POLITICS

# NuHealth owes $93 million in employee health care premiums



NuHealth operates Nassau University Medical Center in East Meadow, the county's only public hospital. Photo Credit: Newsday/Alejandra Villa

Brigram
10 West Columbus Ave.
Hempstead NY 11550

Att: Judge Azrack
Pro'se Office
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip NY 11722

11722-443800